UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JAIME CLARESE THOMAS,** | ) | CASE NO.: **24-62216-BEM** |
| | ) | |
| Debtor. | ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor has filed a "Motion to Extend the Automatic Stay," and related papers with the Court seeking an order continuing the Automatic Stay of 11 U.S.C. Section 362(a) beyond the thirty-day limit set forth in 11 U.S.C. Section 362(c)(3)(A) as to all applicable entities until the Court grants relief from the stay for cause, or the stay is terminated pursuant to 11 U.S.C. Section 362(c)(1) or (2).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:30 A.M.** on **December 04, 2024,** in **Courtroom 1402, U.S. Courthouse, 75 Ted Turner Drive (f/k/a Spring Street), SW, Atlanta, GA 30303,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 21, 2024

/s/
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
6125 Old National Hwy,
Suite 121
Atlanta, Georgia 30349
678-673-2174
ppierson@semradlaw.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JAIME CLARESE THOMAS,** | ) | CASE NO.: **24-62216-BEM** |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Debtor, Jaime Clarese Thomas and asks this Court to extend the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case beyond the period of thirty days against all creditors and shows the Court the following:

1.

On November 15, 2024, Debtor filed a Voluntary Petition for bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed one previous bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3), Chapter 13 Case Number 24-57975-bem was filed on August 02, 2024, in the Northern District of Georgia, Atlanta Division and dismissed on October 24, 2024, for failure to pay filing fee.

3.

Debtor filed the instant case in good faith in an effort to obtain the protections of the automatic stay.

4.

There has been a change in circumstances since the previous case was dismissed. Debtor's previous case has been dismissed due to failure to pay the filing fee. In the current case, the filing fee has been paid concurrently with the case filing.

5.

Extension of the automatic stay will not harm the creditors. In the instant case, Debtor has proposed to pay $1,257.00 per month through the Chapter 13 Plan.

6.

Debtor has filed the instant case in good faith. Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay. Debtor asks the Court to allow him the opportunity to be successful in his current Chapter 13 case in an effort to catch up on arrearages.

WHEREFORE, Debtor prays that this motion be granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended beyond thirty days against all creditors.

Dated: November 21, 2024

/s/
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
6125 Old National Hwy,
Suite 121
Atlanta, Georgia 30349
678-673-2174
ppierson@semradlaw.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JAIME CLARESE THOMAS,** | ) | CASE NO.: **24-62216-BEM** |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Extend Automatic Stay upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Jaime Clarese Thomas
2521 Cornerstone Blvd
Hampton, GA 30228

Wells Fargo Bank N.a., D/
B/A Wells Fargo Auto
800 Walnut Street,
Des Moines, IA, 50309

Wells Fargo Bank N.a., D/
B/A Wells Fargo Auto
P.O. Box 169005
Irving, TX 75016

Wells Fargo Bank, National Association
c/o Charles W. Scharf, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Auto
P.O. Box 17900
Denver, CO 80217-0900

Wells Fargo Bank, National Association
FDIC Cert #3511
101 N. Phillips Avenue
Sioux Falls, SD 57104

*See attached for additional creditors served*

I further certify that, by agreement of parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: November 21, 2024

/s/
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
6125 Old National Hwy, Suite 121
Atlanta, Georgia 30349
678-673-2174
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 24-62216-bem<br>Northern District of Georgia<br>Atlanta<br>Wed Nov 20 06:48:52 EST 2024 | 1st Franklin Financial Corporation<br>Po Box 880<br>ATTN: Administrative Services<br>Toccoa, GA 30577-0880 | Acceptance Now<br>5501 Headquarters Dr<br>ATTN: Acceptance Now Customer Service<br>Plano, TX 75024-5837 |
| Affirm Inc<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 | Aflac<br>1932 Wynnton Road<br>Columbus, GA 31999-0002 | American First Finance, LLC<br>P.O. Box 565848<br>Dallas, TX 75356-5848 |
| Austin Capital Bank Ss<br>512 E RIVERSIDE DR STE 100<br>AUSTIN, TX 78704-1356 | Bank Of America<br>PO Box 982284<br>El Paso, TX 79998-2284 | CHIME/STRIDE BANK NA<br>324 W BROADWAY AVE<br>ENID, OK 73701-3838 |
| CLEO/WEBBANK<br>215 S STATE ST STE 1000<br>SALT LAKE CITY, UT 84111-2336 | Capital One<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Comenity Bank/Lnbryant<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| Comenitybank/Victoria<br>PO BOX 182128<br>COLUMBUS, OH 43218-2128 | (p)U S  DEPARTMENT OF JUSTICE   TAX DIVISION<br>CIVL TRIAL SECTION SOUTHERN REGION<br>P O BOX 14198<br>WASHINGTON DC 20044-4198 | EDC/ESUSU/PROGRESS RES<br>7500 N DOBSON RD STE 300<br>SCOTTSDALE, AZ 85256-2727 |
| Edfinancial Services L<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922-2359 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Student Financ<br>2082 E Exchange Pl<br>Tucker, GA 30084-5334 |
| Gm Financial<br>4001 EMBARCADARO<br>ARLINGTON, TX 76014-4106 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Curt Olof Lindstrom II<br>The Semrad Law Firm, LLC<br>6125 Old National Hwy, Ste 121<br>College Park, GA 30349-4407 |
| Lvnv Funding, Llc<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>BUSINESS AND FINANCE BANKRUPTCY<br>40 CAPITOL SQUARE SW<br>ATLANTA GA 30334-9057 | Office Of The United States Trustee<br>75 Ted Turner Dr Sw<br>Atlanta, GA 30303-3315 |
| (p)PERPAY INC<br>ATTN CONOR HORAN<br>2400 MARKET STREET SUITE 300<br>PHILADELPHIA PA 19103-3033 | Paige Nicole Pierson<br>The Semrad Law Firm, LLC<br>6125 Old National Hwy, Ste 121<br>College Park, GA 30349-4407 | Progress Residential<br>7500 N. Dobson Rd<br>Scottsdale, AZ 85256-2727 |

```
RAM Receivables LLC                 (p)SELF INC                          K. Edward Safir
Agent of Huntington Debt Holdings   901 E 6TH STREET SUITE 400           Standing Chapter 13 Trustee
PO Box 25693                        AUSTIN TX 78702-3206                 Suite 1600
Memphis, TN 38125-8009                                                   285 Peachtree Center Ave. NE
                                                                         Atlanta, GA 30303-1229


Special Assistant U.S. Attorney     Jaime Clarese Thomas                 (p)US BANK
401 W. Peachtree Street, NW         2521 Cornerstone Blvd                PO BOX 5229
STOP 1000-D, Suite 600              Hampton, GA 30228-3794               CINCINNATI OH 45201-5229
Atlanta, GA 30308


United States Attorney              WFBNA AUTO                           Wells Fargo Bank N.a.
Northern District of Georgia        PO BOX 29704                         D/B/A Wells Fargo Auto
75 Ted Turner Drive SW, Suite 600   PHOENIX, AZ 85038-9704               P.O. Box 130000
Atlanta GA 30303-3309                                                    Raleigh, NC 27605-1000
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department Of Justice, Tax Division   Georgia Department Of Revenue     Jefferson Capital Systems Llc
75 Ted Turner Drive Sw                1800 Century Blvd NE Ste 9100     P.O. Box 7999
Civil Trial Section, Southern         c/o J. Houston                    Saint Cloud, MN 56302
Atlanta, GA 30303                     Atlanta, GA 30345


Office Of The Attorney General - Atl  Perpay                            SELF FINANCIAL/LEAD BA
40 Capitol Square, SW                 2400 MARKET ST STE 300            901 E. 6TH STREET SUITE #400
Atlanta, GA 30334                     PHILADELPHIA, PA 19103            Austin, TX 78702


(d)Sbnaselflndr                       U.s. Bank Na                      End of Label Matrix
901 E 6TH ST STE 400                  DBA Elan Financial Services       Mailable recipients   38
AUSTIN, TX 78702                      Bankruptcy Department             Bypassed recipients    0
                                      P.O. Box 108                      Total                 38
                                      Saint Louis, MO 63166
```