

**IT IS ORDERED as set forth below:**

**Date: December 10, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JAIME CLARESE THOMAS,** | ) | CASE NO. **24-62216-BEM** |
| | ) | |
| Debtor. | ) | |

**ORDER ON MOTION TO EXTEND THE AUTOMATIC STAY**

On November 21, 2024, Debtor filed a "*Motion to Extend the Automatic Stay*" (Doc. No. 14) ("Motion"), requesting to extend the automatic stay provided by 11 U.S.C. § 362 beyond the period of thirty (30) days against all creditors, and set it for hearing on December 4, 2024. Counsel contends service was proper on all interested parties. At the hearing, appearances were made by counsel for the Debtor and counsel for the Chapter 13 Trustee. No appearances were made by any other party in interest. By default, therefore, it is hereby

**ORDERED** that Debtor's "*Motion to Extend the Automatic Stay*" is **GRANTED:** the stay as provided by 11 U.S.C. § 362 is hereby extended upon all creditors until further order of this Court or until the stay terminates by statute. The Clerk of Court shall serve all parties on the Mailing Matrix.

**[END OF DOCUMENT]**

Prepared by:
/s/_____
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
6125 Old National Hwy,
Suite 121
Atlanta, Georgia 30349
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**


No Opposition:
*/s/     (with express permission)*
Sonya B. Gordon, Attorney for
K. Edward Safir, Standing Chapter 13 Trustee
Georgia Bar No. 140987
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303
(404) 525-1110
Chapter 13 Trustee

**DISTRIBUTION LIST**

All parties on the Mailing Matrix