## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Jaime Clarese Thomas**
2521 Cornerstone Blvd
Hampton, GA 30228

**xxx−xx−6645**

Case No.: **24−62216−bem**
Chapter: **13**
Judge: **Barbara Ellis−Monro**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's Motion to Dismiss came before the Court and

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____
Barbara Ellis−Monro
United States Bankruptcy Judge

Dated: October 22, 2025

Form 163

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-62216-bem |
| Jaime Clarese Thomas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Oct 22, 2025 | Form ID: 163 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jaime Clarese Thomas, 2521 Cornerstone Blvd, Hampton, GA 30228-3794 |
| cr | + | Progress Residential Borrower 21, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |
| 25025971 | + | Acceptance Now, 5501 Headquarters Dr, ATTN: Acceptance Now Customer Service, Plano, TX 75024-5837 |
| 25025973 | + | CHIME/STRIDE BANK NA, 324 W BROADWAY AVE, ENID, OK 73701-3838 |
| 25025974 | + | EDC/ESUSU/PROGRESS RES, 7500 N DOBSON RD STE 300, SCOTTSDALE, AZ 85256-2727 |
| 25025978 | + | WFBNA AUTO, PO BOX 29704, PHOENIX, AZ 85038-9704 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25054920 | + | Email/Text: bankruptcy@1ffc.com | Oct 22 2025 20:21:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa, GA 30577-0880 |
| 25025988 | + | Email/Text: bankruptcy@1ffc.com | Oct 22 2025 20:21:00 | 1st Franklin Financial Corporation, Po Box 880, ATTN: Administrative Services, Toccoa, GA 30577-0880 |
| 25025970 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 22 2025 21:11:38 | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25025986 | + | Email/Text: mgeorge@aflac.com | Oct 22 2025 20:20:00 | Aflac, 1932 Wynnton Road, Columbus, GA 31999-0002 |
| 25080552 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2025 20:31:29 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 25025991 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2025 20:30:45 | American First Finance, LLC, P.O. Box 565848, Dallas, TX 75356-5848 |
| 25025969 | + | EDI: BANKAMER2 | Oct 23 2025 00:09:00 | Bank Of America, PO Box 982284, El Paso, TX 79998-2284 |
| 25025979 | + | Email/Text: bankruptcy@webbank.com | Oct 22 2025 20:19:00 | CLEO/WEBBANK, 215 S STATE ST STE 1000, SALT LAKE CITY, UT 84111-2336 |
| 25025984 | + | EDI: AIS.COM | Oct 23 2025 00:09:00 | Capital One, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25038580 | + | EDI: AIS.COM | Oct 23 2025 00:09:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25025980 | + | EDI: WFNNB.COM | | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 163 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 23 2025 00:09:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 25025981 | + | EDI: WFNNB.COM | Oct 23 2025 00:09:00 | Comenitybank/Victoria, PO BOX 182128, COLUMBUS, OH 43218-2128 |
| 25025961 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Oct 22 2025 20:19:00 | Department Of Justice, Tax Division, 75 Ted Turner Drive Sw, Civil Trial Section, Southern, Atlanta, GA 30303-3315 |
| 25025966 | + | Email/Text: EBN@edfinancial.com | Oct 22 2025 20:19:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 25110211 | | EDI: GADEPTOFREV.COM | Oct 23 2025 00:09:00 | GEORGIA DEPARTMENT OF REVENUE, COMPLIANCE DIVISION, ARCS - BANKRUPTCY, 2595 CENTURY PKWY NE SUITE 339, ATLANTA GA 30345-3173 |
| 25025983 | | EDI: GADEPTOFREV.COM | Oct 23 2025 00:09:00 | Georgia Department Of Revenue, 1800 Century Blvd NE Ste 9100, c/o J. Houston, Atlanta, GA 30345 |
| 25025967 | + | Email/Text: bankruptcy@gsfc.org | Oct 22 2025 20:19:00 | Georgia Student Financ, 2082 E Exchange Pl, Tucker, GA 30084-5334 |
| 25148131 | + | Email/Text: bankruptcy@gsfc.org | Oct 22 2025 20:19:00 | Georgia Student Finance, 2082 E Exchange Pl, Tucker, GA 30084-5334 |
| 25025975 | + | EDI: PHINAMERI.COM | Oct 23 2025 00:09:00 | Gm Financial, 4001 EMBARCADARO, ARLINGTON, TX 76014-4106 |
| 25025982 | + | EDI: IRS.COM | Oct 23 2025 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25025990 | | EDI: JEFFERSONCAP.COM | Oct 23 2025 00:09:00 | Jefferson Capital Systems Llc, P.O. Box 7999, Saint Cloud, MN 56302 |
| 25028957 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 20:31:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25025987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 20:31:29 | Lvnv Funding, Llc, PO Box 10587, Greenville, SC 29603-0587 |
| 25025965 | | Email/Text: bankruptcy@law.ga.gov | Oct 22 2025 20:19:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 25025964 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 22 2025 20:20:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 25025968 | | Email/Text: bankruptcy@perpay.com | Oct 22 2025 20:19:00 | Perpay, 2400 MARKET ST STE 300, PHILADELPHIA, PA 19103 |
| 25025993 | + | Email/Text: bknotices@progressresidential.com | Oct 22 2025 20:21:00 | Progress Residential, 7500 N. Dobson Rd, Scottsdale, AZ 85256-2727 |
| 25025992 | + | Email/Text: jpark001@bellsouth.net | Oct 22 2025 20:20:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |
| 25025977 | | Email/Text: bankruptcy@self.inc | Oct 22 2025 20:20:00 | SELF FINANCIAL/LEAD BA, 901 E. 6TH STREET SUITE #400, Austin, TX 78702 |
| 25025976 | | Email/Text: bankruptcy@self.inc | Oct 22 2025 20:20:00 | Sbnaselflndr, 901 E 6TH ST STE 400, AUSTIN, TX 78702 |
| 25025963 | ^ | MEBN | Oct 22 2025 20:18:22 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Suite 600, Atlanta, GA 30308 |
| 25025989 | | EDI: USBANKARS.COM | Oct 23 2025 00:09:00 | U.s. Bank Na, DBA Elan Financial Services, Bankruptcy Department, P.O. Box 108, Saint Louis, MO 63166 |
| 25047011 | + | Email/Text: EBN@edfinancial.com | Oct 22 2025 20:19:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 25027036 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |

| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: 163 | Total Noticed: 42 |

|  |  |  | Oct 22 2025 20:20:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
|---|---|---|---|---|
| 25042666 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 23 2025 01:31:06 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |
| 25025985 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 22 2025 20:45:56 | Wells Fargo Bank N.a., D/B/A Wells Fargo Auto, P.O. Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 25156845 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 25025962 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |
| 25098358 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 25087407 | * | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 25025972 | ##+ | Austin Capital Bank Ss, 512 E RIVERSIDE DR STE 100, AUSTIN, TX 78704-1356 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Curt Olof Lindstrom, II | on behalf of Debtor Jaime Clarese Thomas clindstrom@semradlaw.com ganb.courtview@SLFCourtview.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 21 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | on behalf of Debtor Jaime Clarese Thomas ppierson@semradlaw.com ganb.courtview@SLFCourtview.com |
| Philip L. Rubin | on behalf of Creditor Wells Fargo Bank  N.A., dba Wells Fargo Auto prubin@lrglaw.com |

TOTAL: 5