**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**IN RE:**                                                                 **CASE: A24-62216-BEM**

JAIME CLARESE THOMAS                                      **CHAPTER 13**

**Debtor**

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW K. EDWARD SAFIR, Standing Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

| Check Number: | 1225 | Check Date: | 03/31/2026 |
|---|---|---|---|

| Payee Name | Amount |
|---|---|
| JAIME CLARESE THOMAS | $0.50 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

I hereby certify that on this day, April 3, 2026, I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SEMRAD LAW FIRM LLC

Respectfully submitted,

_/s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com