## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:   Debtor(s)
**Jaime Clarese Thomas**
2521 Cornerstone Blvd
Hampton, GA 30228

**xxx−xx−6645**

Case No.: **24−62216−bem**
Chapter:  **13**
Judge:  **Barbara Ellis−Monro**

**ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE
AND CLOSING ESTATE**

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

Barbara Ellis−Monro
United States Bankruptcy Judge

Dated: April 22, 2026

Form 176

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                      Case No. 24-62216-bem

Jaime Clarese Thomas                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: 176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

**Recip ID                          Recipient Name and Address**
db                    #+  Jaime Clarese Thomas, 2521 Cornerstone Blvd, Hampton, GA 30228-3794

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name                          Email Address**

Curt Olof Lindstrom, II
                        on behalf of Debtor Jaime Clarese Thomas clindstrom@semradlaw.com  ganb.courtview@SLFCourtview.com

K. Edward Safir
                        info@atlch13tt.com

K. Edward Safir
                        on behalf of Trustee K. Edward Safir info@atlch13tt.com

Matthew Franklin Totten
                        on behalf of Creditor Progress Residential Borrower 21  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Paige Nicole Pierson
                        on behalf of Debtor Jaime Clarese Thomas ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com

District/off: 113E-9                          User: bncadmin                                    Page 2 of 2
Date Rcvd: Apr 22, 2026                       Form ID: 176                                    Total Noticed: 1

Philip L. Rubin
                    on behalf of Creditor Wells Fargo Bank  N.A., dba Wells Fargo Auto prubin@lrglaw.com


TOTAL: 6